UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MARY E. JONES | CASE NO. 3:19-CV-00832 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CITY OF MONROE, ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED ADJUDGED AND DECREED that the Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 7] filed by Defendants City of Monroe and First Transit, Inc., is GRANTED-IN-PART and DENIED IN PART. The following claims are DISMISSED, WITH PREJUDICE:

1) Plaintiff's claims against both Defendants under 42 U.S.C. §§ 1981 and 1983; the Louisiana whistleblower statute, La. R.S. 23:967; the Louisiana labor investigation anti-discrimination statute, La. R.S. 23:964; for various violations of rights protected under Article I of the Louisiana Constitution, including due process, § 2; property, § 4; and privacy, § 5; and any claim for hostile work environment and retaliation under Title VII and the LEDL;

2) Plaintiff's claims for punitive and/or exemplary damages under federal and state law against the City; and

3) Plaintiff's other claims against First Transit, Inc., under the LEDL, plus her claim for punitive and/or exemplary damages against First Transit, Inc. under state law only.

Defendants' motion to dismiss [doc. # 7] is otherwise DENIED.

Monroe, Louisiana, this 23RD day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE